IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

JEREMY WAYNE DUKE,

    Plaintiff,

v.                                                              No. 1:17-cv-01177-JDB-cgc

JAMES MCVEY et al.,

    Defendants.

_____

ORDER ADOPTING REPORT AND RECOMMENDATION
_____

    Before the Court is the November 13, 2019, report and recommendation of Magistrate Judge Charmiane G. Claxton, recommending that this Court dismiss Plaintiff, Jeremy Wayne Duke's, complaint with prejudice pursuant to Federal Rule of Civil Procedure 41(b) and the Court's inherent power, and that Defendant, James McVey's, motion for sanctions be denied as moot. (Docket Entry ("D.E.") 27.) No objections to the magistrate judge's report and recommendation have been filed, and the time for such objections has expired. Therefore, upon review of the record and the magistrate judge's report and recommendation, the Court ADOPTS Judge Claxton's report and recommendation. The Clerk is to prepare a Judgment in accordance with this Order.

    IT IS SO ORDERED this 4th day of December 2019.

                                                                               s/ J. DANIEL BREEN
                                                                               UNITED STATES DISTRICT JUDGE